IN THE SUPREME COURT OF THE STATE OF NEVADA

DANIEL CRAWFORD,
                          Appellant,
                vs.
BARBARA TENNILLE CRAWFORD,
                          Respondent.

No. 82592

FILED

OCT 01 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a divorce decree. Eighth Judicial District Court, Family Court Division, Clark County; Soonhee Bailey, Judge.

This appeal was docketed in this court on March 8, 2021. On March 18, 2021, this court issued a notice informing appellant of the deadlines for filing documents. Appellant was required to file the docketing statement by April 8, 2021, and the opening brief or informal brief for pro se parties by July 16, 2021. *See* NRAP 14(b), NRAP 31(a)(1). When appellant failed to file these documents, this court entered an order on August 20, 2021, directing appellant to file the documents within 14 days. This court cautioned that failure to comply timely could result in the dismissal of this appeal. To date appellant has failed to file the documents

21-28293

or otherwise communicate with this court. Accordingly, this court concludes that appellant has abandoned this appeal and

ORDERS this appeal DISMISSED.

_____, J.
Cadish

_____, J.            _____, J.
Pickering                                    Herndon


cc:    Hon. Soonhee Bailey, District Judge, Family Court Division
       Daniel Crawford
       The Dickerson Karacsonyi Law Group
       Eighth District Court Clerk